**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Roderick C Dixon | BKY. NO. 14-04406 MDF
<u>Debtor(s)</u>

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2968

                             Respectfully submitted,

                             **/s/ Thomas Puleo**
                             Thomas Puleo, Esquire
                             James C. Warmbrodt, Esquire
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 825-6306  FAX (215) 825-6406
                             Attorney for Movant/Applicant