# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**RODERICK C. DIXON,**

        Debtor(s)

**WELLS FARGO BANK, N.A.,**
d/b/a Wells Fargo Dealer Services,

        Movant(s)

vs.

**RODERICK C. DIXON and
CHARLES J. DEHART, III, ESQUIRE
(TRUSTEE),**

        Respondent(s)

| | |
|---|---|
| Chapter | **13** |
| Case Number: | **1:14-bk-04406-MDF** |
| Document No.: | **33** |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

    Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

    ORDERED, if a stipulation or a request to relist matter for hearing is not filed by January 29, 2017, the Court may deny this Motion without further notice.

    FURTHER ORDERED that the hearing previously scheduled on the Motion for Relief from Automatic Stay for January 3, 2017, is hereby CANCELLED.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: January 3, 2017